| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § CASE NO. 1:22-CR-00071-1-MAC |
| *versus* | § |
| | § |
| | § |
| MARCO TULIO CANTE SALAZAR | § |

# ORDER ADOPTING THE
# MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The Defendant, Marco Tulio Cante Salazar ("Salazar"), moved to suppress all evidence obtained as a result of an unlawful traffic stop. (#26.)

Judge Stetson concluded that the traffic stop was unlawful and therefore the search and seizure were also unlawful. (#36.) She recommended suppressing all evidence obtained subsequent to the stop of the vehicle and resulting search thereof. (*Id.*)

Neither party objected to Judge Stetson's findings. Accordingly, Judge Stetson's findings, conclusions and analysis are correct, and her report is ADOPTED. It is further ORDERED that the Defendant's "Motion to Suppress" (#26) is GRANTED.

SIGNED at Beaumont, Texas, this 4th day of January, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE